# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**YOLANDA TUCKER**                                                                                          **PLAINTIFF**

**VS.**                                    **CASE NO. 4:19CV00744 BRW/PSH**

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                                          **DEFENDANT**

## ORDER

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful review, I approve and adopt the Findings and Recommendations in all respects.

IT IS SO ORDERED this 23rd day of October, 2020.

                                                            Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE