# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**YOLANDA TUCKER**                                                                                                 **PLAINTIFF**

**VS.**                          **CASE NO. 4:19CV00744 BRW/PSH**

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order filed today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of October, 2020.

                                                                         _Billy Roy Wilson_
                                                                         UNITED STATES DISTRICT JUDGE